No. 13, original. CONNECTICUT v. MASSACHUSETTS. Motion submitted April 15, 1929. Decided April 22, 1929. *Per Curiam:* Motion to cite the Secretary of War and Chief of Engineers of the United States Army as parties defendant denied. *Mr. Ernest L. Averill* for complainant, in support of the motion. *Mr. Bentley W. Warren* for defendant in opposition thereto.

No. 7, original. WISCONSIN ET AL. v. ILLINOIS ET AL.; No. 11, original, MICHIGAN v. SAME; and

No. 12, original. NEW YORK v. SAME. Motion submitted April 15, 1929. Decided April 22, 1929. *Per Curiam:* Motion of the City of Chicago for leave to intervene denied. *Mr. Samuel A. Ettelson* in support of the motion. *Mr. Hamilton Ward* for complainant New York; and *Mr. Herman L. Ekern* for complainant Wisconsin, in opposition thereto.

No. 495. ATLANTA & CHARLOTTE AIR LINE R. Co. ET AL. v. GREEN. Argued April 16, 1929. Decided April 22, 1929. *Per Curiam:* Reversed on the authority of *Davis* v. *Green,* 260 U. S. 349; *St. Louis-San Francisco Ry.* v. *Mills,* 271 U. S. 344; *Atlantic Coast Line* v. *Southwell,* 275 U. S. 64; and cause remanded for further proceedings. *Mr. Sidney R. Prince,* with whom *Messrs. H. O'B. Cooper, F. G. Tompkins, L. E. Jeffries,* and *H. E. DePass* were on the brief, for petitioners. *Mr. C. Erskine Daniel,* with whom *Messrs. I. C. Daniel* and *Horace L. Bomar* were on the brief, for respondent.

No. 843. DAVIDSON v. CALIFORNIA. See *post,* p. 856.